**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARITY AKIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:19-cv-0608 - JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF 45 DAYS AND DIRECTING THE COMMISSIONER TO FILE A RESPONSE NO LATER THAN FEBRUARY 24, 2020<br><br>(Doc. 15) |

Charity Akin seeks judicial review of the administrative decision denying her application for Social Security benefits and filed her opening brief in the action on December 10, 2019. (Doc. 14) Pursuant to the terms of the Scheduling Order, the responsive brief will be due January 9, 2020. (*See* Doc. 6 at 2) On January 2, 2020, the Commissioner filed a stipulation of the parties for an extension of 45 days to respond to the opening brief. (Doc. 15)

The Scheduling Order allows for a single extension of thirty days by the stipulation of the parties, which has not yet been used by the parties. (Doc. 6 at 3) However, beyond the request for thirty days, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (*Id.* at 3) Accordingly, the Court construes the stipulation of the parties to be a motion for modification of the scheduling order. The Commissioner asserts the extension is necessary due to counsel's workload. (Doc. 15 at 1) According to the Commissioner, "counsel has worked on approximately 15 district court cases, as well as a Ninth Circuit appeal," since Plaintiff's

1

opening brief was filed on December 10. (*Id.* at 1-2) The Commissioner contends the "[a]dditional time is required to review the record, to evaluate the numerous issues raised in Plaintiff's brief, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's motion." (*Id.* at 2) Plaintiff does not oppose the request, and it does not appear Plaintiff would suffer prejudice for the delay. Accordingly, the Court **ORDERS**:

1. The request for an extension of 45 days (Doc. 15) is **GRANTED**; and
2. The Commissioner **SHALL** file a response to the opening brief no later than **February 24, 2020**; and
3. The Commissioner is advised no further extensions of time will be granted without the filing of a motion supported by exceptionally good cause.

IT IS SO ORDERED.

Dated: **January 7, 2020**         /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE