UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARITY MICHELLE AKIN,<br><br>      Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No.: 1:19-cv-0608 - JLT<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR A SECOND EXTENSION OF TIME<br><br>(Doc. 17) |

On February 14, 2020, the Commissioner filed a stipulation of the parties for an additional extension of 14 days to file a response to Plaintiff's opening brief. (Doc. 17) The Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 6 at 3), which was previously used by the Commissioner. (Doc. 15) Notably, at that time, the Court granted the Commissioner's request for an extension of forty-five days. (Doc. 16)

Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 6 at 3) Accordingly, the Court construes the stipulation of the parties to be a motion by the Commissioner to amend the Scheduling Order. The Commissioner contends the extension in necessary due to counsel's workload, reporting that "counsel has worked on over 30 district court cases" since January 7, 2020. (Doc. 17 at 1-2) Counsel asserts, "Additional time is required to review the record, to evaluate the numerous issues raised in Plaintiff's brief, to determine whether options exist for settlement, and if not, to

1

1 | prepare Defendant's response to Plaintiff's motion." (*Id.* at 2)  Further, the Commissioner reports that
2 | Plaintiff does not oppose the request for an additional extension of time.  (*Id.* at 2)

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS**:

1. Defendant's request for a second extension of time is **GRANTED**; and
2. Defendant **SHALL** file a response to the opening brief no later than **March 9, 2020**.

IT IS SO ORDERED.

Dated:  **February 19, 2020**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE